Matthew W. Bauer (MB 7374)
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068-3702
(973) 535-0500
Attorneys for Defendants,
Atlantic Refining & Marketing Corp. and Sunoco, Inc. (R & M)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE MIRDITA<br><br>Plaintiff,<br><br>against<br><br>ATLANTIC REFINING & MARKETING CORP. and SUNOCO, INC. (R & M)<br><br>Defendants. | Civil Action No. 07 CIV. 7444 BRIEANT<br>ECF Case<br><br>FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Atlantic Refining & Marketing Corp. and Sunoco, Inc. (R & M) hereby certifies that Sunoco, Inc. (R & M) is a wholly owned subsidiary of Sunoco, Inc. No other publicly traded corporation owns 10% or more of its stock. Atlantic Refining & Marketing Corp. is a wholly owned subsidiary of Sunoco, Inc. No other publicly traded company owns 10% or more of its stock.

Dated: August 17, 2007

CONNELL FOLEY LLP

By: _____
Matthew W. Bauer (MB 7374)