*Brieant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSE MIRDITA,

                                      Plaintiff,

                 -against-

ATLANTIC REFINING & MARKETING CORP. AND
SUNOCO, INC. (R & M),

                                    Defendants.

-----------------------------------------------------------------X

Partial STIPULATION *& Order*

Civil Action No.:
07-7444(CLB)(MDF)

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the First, Second, Seventh and Ninth Affirmative Defenses contained in the Answer dated August 17, 2007, interposed on behalf of Defendants **ATLANTIC REFINING & MARKETING CORP.** and **SUNOCO, INC.** are hereby withdrawn.

Dated: WHITE PLAINS, NEW YORK
        September 24, 2007

_____
Joel Savit
WORBY GRONER EDELMAN, LLP
Attorneys for Plaintiff
  ROSE MIRDITA
11 Martine Avenue
Penthouse
White Plains, New York 10606
(914) 686-3700
Our File No. 3156

_____
Matthew W. Bauer, Esq.
CONNELL FOLEY LLP
Attorneys for Defendants ATLANTIC REFINING
  & MARKETING CORP. and SUNOCO, INC.
85 Livingston Avenue
Roseland, NJ 07068-1765
(973) 535-0500

So ORDERED January 8, 2008

_Charles Brieant_
U.S.D.J.

dated: