Bryant, J.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendants, Atlantic Refining & Marketing Corp. and Sunoco, Inc. (R & M)

| | |
|---|---|
| ROSE MIRDITA,<br><br>Plaintiff(s),<br><br>v.<br><br>ATLANTIC REFINING & MARKETING CORP. and SUNOCO, INC. (R & M),<br><br>Defendants. | CIVIL ACTION NO. 07 Civ. 7444 (CLB)(MDF)<br><br>**STIPULATION OF DISMISSAL AS TO PUNITIVE DAMAGES CLAIMS ONLY** |

Part of the matter in difference in the above-captioned action having been amicably adjusted by and between Plaintiff, Rose Mirdita and Defendants, Atlantic Refining & Marketing Corp. and Sunoco, Inc. (R & M), it is hereby stipulated and agreed that the Punitive Damages Claim in the above-captioned matter is dismissed with prejudice and without costs as to any party.

CONNELL FOLEY LLP
Attorneys for Defendant
Atlantic Refining & Marketing Corp.
and Sunoco, Inc. (R & M)

By: _____
MATTHEW W. BAUER

Date: January 14, 2008

WORBY GRONER EDELMAN, LLP
Attorneys for Plaintiff,
Rose Mirdita

By: _____
JOEL B. SAVIT

So ORDERED:

_____
Charles Brieant
U.S.D.J.

dated: 1/16/08

07734
1886746-01