UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------------x  
ROSE MIRDITA

                      Plaintiff,

     -against-

ATLANTIC REFINING & MARKETING CORP.

                    Defendant.  
----------------------------------------------------------------x

Rev. 3/01

ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE

07 Civ. 07444 (CLB)(MDF)

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge. The purpose(s) for the reference is/are the following:

| | |
|---|---|
| \_\_\_\_\_ General Pretrial/Including Initial Case Management Conference<br>- or -<br>\_\_\_\_\_ General Pretrial/After Initial Case Management Conference held by District Judge | \_\_\_\_\_ Trials under 28 U.S.C. § 636(c)<br><br>\_\_\_\_\_ Inquest (After default) |
| \_\_\_\_\_ Discovery motion or other motion which does not require a report and recommendation (Do not check if assigned by GPT) | \_\_\_\_\_ Contested Damages Hearing |
| \_\_\_\_\_ Discovery Disputes only when District Judge is unavailable (Do not check if assigned for GPT) | \_\_\_\_\_ Dispositive motion (i.e. motion requiring a report and recommendation) |
| \_\_\_\_\_ Settlement (Do not check if assigned for GPT) | \_\_\_\_\_ Habeas Corpus |
| \_\_X\_\_ All purposes permitted by law. | |

SO ORDERED.

Dated: White Plains, New York  
         June 16, 2008

                                                _/s/ Charles L. Brieant_  
                                                  Charles L. Brieant, U.S.D.J.